UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAM PHAM,<br><br>                              Plaintiff,<br><br>          -against-<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                              Defendants. | 20-CV-10131 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 11, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2021
         New York, New York

                                                    _____
                                                    COLLEEN McMAHON
                                                    Chief United States District Judge